# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Ronnie D. Rich,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:14-cv-00147-FDW |
| | ) | 10 crs 40-00041 |
| vs. | ) | |
| | ) | |
| **Frank L. Perry, et al** | ) | |
| | ) | |
| Respondents. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 13, 2015 Order.

March 13, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court